JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER CLAYDON )<br>)<br>**Plaintiff(s),** )<br>)<br>v. )<br>)<br>)<br>NESTLE WATERS NORTH AMERICA )<br>INC., ET. AL., )<br>)<br>**Defendant(s).** )<br>)<br>)<br>_____ ) | CASE NO. SACV09-0350 DOC(ANx)<br><br>**ORDER RE: REMAND TO STATE COURT**<br><br>Orange County Superior Court<br>Case No: 30-2008-00044348 |

The Court, having considered the parties' Stipulation re Remand to State Court rules as follows:

1. Because the Parties now stipulate that the within matter should be remanded back to the Superior court for the County of Orange;

2. Accordingly, the Court remands this action back to the Superior Court of Orange County.

IT IS SO ORDERED.

DATED: April 21, 2009

_____
DAVID O. CARTER
United States District Judge